### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Lisa Bailey Carr, | ) |
|       Plaintiff, | ) |
| vs. | ) Case No. 22-2150 |
| Unified Government of Wyandotte County/Kansas City, Kansas | ) |
|       Defendants. | ) |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C §§ 1441, 1443 and 1446, the Unified Government of Wyandotte County/Kansas City, Kansas ("the UG") hereby removes Case No. 2022-CV-000064 (the "State Court Action") from the District Court of Wyandotte County, Kansas, to the United States District Court for the District of Kansas on the ground that jurisdiction exists under 42 U.S.C. 2000e, 42 U.S.C. §12112, 42 U.S.C. §1981, 29 U.S.C. 621, and 29 U.S.C. 2601. In support of removal, the UG states as follows:

1. On March 21, 2022 Plaintiff filed her lawsuit against the UG.

2. The UG was served on March 31, 2022.

3. A true and correct copy of all process, pleadings, and orders the State Court Action will be filed within 21 days pursuant to D.Kan.R. 81.2.

4. This Court has original jurisdiction over this action under 42 U.S.C. 2000e, 42 U.S.C. §12112, 42 U.S.C. §1981, 29 U.S.C. 621, and 29 U.S.C. 2601 because it raises a federal question under the aforementioned federal statutes.

5. This Notice of Removal is timely filed because it is filed within thirty days of service of the Petition.

6. A copy of this Notice of Removal is being served upon Plaintiff and filed concurrently with the Wyandotte County District Court as required by 28 U.S.C. § 1446(d).

WHEREFORE, for the reasons set forth above, the Unified Government of Wyandotte County/Kansas City, Kansas hereby gives notice that the State Court Action in the District Court of Wyandotte County, Kansas, is removed to the United States District Court for the District of Kansas and the action will proceed in federal court as properly removed thereto.

Notice of Removal

Respectfully submitted,

McAnany, Van Cleave & Phillips, P.A.
10 E. Cambridge Circle Drive, Suite 300
Kansas City, Kansas 66103
Telephone (913) 371-3838
Fax (913) 371-4722
Email: rdenk@mvplaw.com
slow@mvplaw.com

By: /s/ *Ryan B. Denk*
Ryan B. Denk #18868
Spencer A. Low #27690

*Attorneys for Defendant Unified Government of Wyandotte County/Kansas City, Kansas*

## Certificate of Service

The undersigned certifies that on this 21st day of April, 2022 a true and accurate copy of the foregoing was served electronically via email and the court's ECF/EMF system upon:

Gerald Gray II, #26749
G. Gray Law, LLC
104 W. 9th Street, #491
Kansas City, Missouri 64105
Phone: (816) 888-3145
Fax: (816) 817-4683
ggraylaw@outlook.com

*Attorneys for Plaintiff*

/s/ *Ryan B. Denk*