# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Lisa Bailey Carr, ) | |
|       Plaintiff, ) | |
| vs. ) | Case No. 2022-CV-002150-EFM |
| ) | |
| Unified Government of Wyandotte ) | |
| County/Kansas City, Kansas ) | |
|       Defendant. ) | |

STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF LISA BAILEY CARR

Pursuant to Fed.R.Civ.P. 41(A)(1)(a)(ii), Plaintiff LISA BAILEY CARR and Defendant UNIFIED GOVERNMENT OF WYANDOTTE COUNTY, KANSAS CITY, KANSAS, hereby stipulate to Plaintiff's dismissal from the above-entitled action, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully Submitted,

*/s/ Gerald Gray II*

Gerald Gray II, #67476
**G. GRAY LAW, LLC**
104 WEST 9TH STREET, SUITE 401
KANSAS CITY, MO 64108
(O) 816-888-3145
(F) 816-817-4683
ggraylaw@outlook.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July 2023, a true and accurate copy of the foregoing was filed using the District of Kansas E-filing system which also sent notice via electronic mail to counsel and all parties of record.

*/s/ Gerald Gray II*
**ATTORNEYS FOR PLAINTIFF**